Lazansky, P. J., Hagarty and Scudder, JJ., concur; Rich and Carswell, JJ., dissent and vote for reversal and a dismissal of the complaint.

MARY A. MARTIN, Respondent, v. WILLIAM E. BOYLAND, Appellant.— Application denied, with ten dollars costs.

NEW PROCESS HEATING CORPORATION, Appellant, v. B. J. AARON Co., INC., Respondent.— Application denied, with ten dollars costs.

ADARAY REALTY CORPORATION, Appellant, v. NATHAN FABER and HARRY FABER, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

FREDERICK W. BODE and HORACE M. GRAY, Respondents, v. PARK HILL ESTATES, INC., and Others, Appellants.— Motion to stay contempt order granted upon condition that appellants perfect the appeal for Monday, November 4, 1929 (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

FREDERICK W. BODE and HORACE M. GRAY, Respondents, v. PARK HILL ESTATES, INC., and Others, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

FRANK P. CLAIR, Respondent, Appellant, v. HENRY WREGE, Appellant, Respondent.— Motion to resettle order of June 3, 1929, denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

STEPHANO FERRARO, Respondent, v. HENRY WEISSMAN, Appellant.— Motion for reargument of motion to dismiss appeal granted, and upon reargument motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Service of an answer by defendant waived the right of appeal. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

JOHN R. FOOTE and ANDREW J. FOOTE, Appellants, v. CARRIE ADAMS and Others, Defendants. HAROLD B. FOREMAN and Others, Appellants; TOWN OF HEMPSTEAD and TOWN OF OYSTER BAY, Respondents. CHARLES H. FABENS (Purchaser), Appellant. (Appeal No. 1. Action No. 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

JOHN R. FOOTE and ANDREW J. FOOTE, Plaintiffs, v. CARRIE ADAMS and Others, Defendants. TOWN OF HEMPSTEAD and TOWN OF OYSTER BAY, Respondents; CHARLES H. FABENS (Purchaser), Appellant. (Appeal No. 2. Action No. 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

HERMAN D. FURMAN and ALBERT C. JORDAN, Respondents, v. ASSIF MALOUF and ELIZABETH ALEXANDER, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

MARTHA E. GILLESPIE, as Administratrix, etc., of JAMES W. GILLESPIE, Deceased, Respondent, v. NEWBURGH GAS & OIL COMPANY, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the